STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

ROSE ARMIJO,

      Plaintiff,

                CV 2010 06785

v.

WALGREEN COMPANY,

      Defendant.

<u>SUMMONS</u>

THE STATE OF NEW MEXICO

TO:    Walgreen Company
        c/o CSC of Lea County, Inc., Registered Agent
        1819 N. Turner Street, Suite G
        Hobbs, New Mexico 88240

      You are required to serve upon Sutin, Thayer & Browne A Professional Corporation (Ronald Segel & Timothy J. Atler) an answer or motion in response to the Complaint which is attached to this summons within THIRTY (30) DAYS after service of this summons upon you, exclusive of the date of service, and file a copy of your answer or motion with the court as provided in Rule 1-005 NMRA.

      If you fail to file a timely answer or motion, default judgment may be entered against you for the relief demanded in the complaint.

Attorneys for Plaintiff:      Ronald Segel
                          Timothy J. Atler
                          SUTIN, THAYER & BROWNE
                          A Professional Corporation
                          P.O. Box 1945
                          Albuquerque, NM 87103
                          Telephone: (505) 883-2500

JUDGE ALAN MALOTT

      WITNESS the Honorable _____, District Judge of the Second Judicial District Court of the State of New Mexico and the Seal of the District Court of Bernalillo County, this ____ day of June, 2010.

JUN 0 4 2010

JUANITA M. DURAN

CLERK OF THE DISTRICT COURT

By _____
                Deputy

SEAL    JUN 0 4 2010

Dated:_____

**RETURN**

STATE OF                                          )
                                                 )ss.
COUNTY OF                                         )

I, being duly sworn, on oath, say that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this Summons in _____ County on the _____ day of _____, 2010, by delivering a copy of this Summons, with a copy of the Complaint, and Court-Annexed Arbitration Certificate attached, in the following manner: (check one box and fill in appropriate blanks)

☐   To defendant _____ (used when defendant receives copy of Summons, or refuses to accept the Summons and Complaint, and Court-Annexed Arbitration Certificate.)

☐   to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (used when service is by mail or commercial courier service).
    After attempting to serve the Summons and Complaint, and Court-Annexed Arbitration Certificate on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this Summons and Complaint, and Court-Annexed Arbitration Certificate attached, in the following manner:

☐   To _____, a person over the age of fifteen (15) years of age and residing at the usual place of abode of Defendant _____, (used when the defendant is not presently at place of abode) and by mailing by first class mail to the defendant at _____ (insert defendant's last known mailing address) copies of the Summons and Complaint, and Court-Annexed Arbitration Certificate.

☐   To _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (insert defendant's business address) and by mailing the Summons and Complaint, and Court-Annexed Arbitration Certificate by First Class Mail to the defendant at _____ (insert defendant's last known mailing address).

☐   To _____, an agent authorized to receiver service of Process for defendant _____.

☐   To _____, (parent) (guardian)(custodian) of defendant _____ (used when defendant is a minor or an incompetent person.)

☐   To _____ (name of person), _____ (title of person authorized to receive service), Use this alternative when the Defendant is a corporation or association subject to a suit under a common name, a land grant board of trustees, the State of new Mexico or any political subdivision.


Fees:
                                    _____
                                    Signature of Person Making Service

                                    _____
                                    Title (if any)

Subscribed and sworn to before me on this _____ day of _____, 2010.[1]


_____
Judge, notary or other officer authorized
to administer oaths

_____
Official title
My Commission Expires:_____


1688422.doc

---

[1] If service is made by the sheriff or deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

COPY

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

ENDORSED
FILED IN MY OFFICE THIS

JUN 0 4 2010

*Juanita M. Duran*
CLERK DISTRICT COURT

ROSE ARMIJO,                          )
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )      Case No. CV 2010 06785
                                      )
WALGREEN COMPANY,                     )
                                      )
          Defendant.                  )
                                      )
_____ )

## COMPLAINT FOR DAMAGES FOR INJURY

1.    Plaintiff is a resident of, and acts and omissions that give rise to this case occurred in, Bernalillo County, New Mexico.

2.    Defendant is the owner or occupant, and the operator, of numerous retail drug stores located in Bernalillo County, including store no. 9773 located at 10300 Central Ave. SE in Albuquerque (the "Store").

3.    Plaintiff was a visitor at the Store on or about October 23, 2007.

4.    On the date of her visit to the Store, defendant had a duty to use ordinary care to keep the Store, including its approaches and its main entrance, safe for use by visitors.

5.    Defendant breached its duty, and negligently created or allowed to be created, and failed to take reasonable precautions to guard against or to warn visitors of, a hazard to visitors near the entrance to the Store.

6.    Plaintiff tripped on the hazard, and fell and was injured.

7.    As a result of defendant's negligence in creating or allowing the creation of the hazard, and in failing to take reasonable precautions to guard against or to warn visitors of the

hazard, plaintiff suffered serious personal injury, physical and emotional pain and suffering, loss of earnings, and loss of enjoyment of life, and incurred medical and related expenses.

WHEREFORE, plaintiff demands judgment against defendant for such damages as are reasonable for her injury, for pre-judgment and post-judgment interest, and for the costs of this action.

SUTIN, THAYER & BROWNE
A Professional Corporation


By _____
     Ronald Segel
     Timothy J. Atler
Attorneys for Plaintiff
P.O. Box 1945
Albuquerque, New Mexico  87103
(505) 883-2500

1688407.doc

2

COPY

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

ENDORSED
FILED IN MY OFFICE THIS

JUN 0 4 2010

*Juanita M. Duran*
CLERK DISTRICT COURT

ROSE ARMIJO,                        )
                                    )
          Plaintiff,                )
                                    )
vs.                                 )   Case No. CV 2010 06785
                                    )
WALGREEN COMPANY,                   )
                                    )
          Defendant.                )
                                    )
_____     )

## COURT-ANNEXED ARBITRATION CERTIFICATE

Pursuant to Local Rule LR-2-603, plaintiff certifies as follows:

☐       This party seeks only a money judgment and the amount sought does not exceed twenty five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and attorney fees.

☒       This party seeks relief other than a money judgment and/or seeks relief in excess of twenty five thousand dollars ($25,000.00) exclusive of punitive damages, interest, costs and attorney fees.

SUTIN, THAYER & BROWNE
A Professional Corporation

By  *Ronald Segel*
    Ronald Segel
    Timothy J. Atler
    Attorneys for Plaintiff
    P.O. Box 1945
    Albuquerque, New Mexico  87103
    (505) 883-2500

1688418.doc